# Exhibit 2

System Claim: 13

| US7400950B2 | GHOST-4 |
|---|---|
| 13. System for controlling at least a roll attitude for stabilizing hovering flight of an airborne object, wherein an opto electronical sensing means is provided for obtaining an optical flow measurement signal from a section of a ground image, | Ghost is equipped with an Anduril EO/IR gimbal and can support other mission payloads like sensor balls, electronic warfare systems, spotlights, designators, communication relays and loudspeakers onboard the aircraft simultaneously. This allows the operator to easily and instantly switch between mission profiles in a single flight. Ghost's single-rotor design enables precise vertical takeoff and landing from confined spaces in land and maritime environments and gives Ghost the ability to hover in place for long periods of time.<br><br>Ghost is a best-in-class, autonomous, modular and flexible sUAS that operates on Anduril's secure Lattice software platform. Ghost is multi-mission capable, man-portable and the advanced all-electric powertrain provides more than 100 minutes of flight at a full mission payload with a near-silent acoustic signature.<br><br>https://blog.anduril.com/anduril-introduces-ghost-4-c12d8c783930 |
| the system | |

| | |
|---|---|
| comprising an electronic circuit adapted for generating from the optical flow signal of at least a lateral movement direction, at least in part, a control signal in the manner of a negative feedback loop | Ghost is an incredibly intelligent sUAS with an onboard Lattice AI Core capable of performing 32 trillion operations per second, which is nearly 100 times faster than the computational speeds of other sUAS currently available. Ghost harnesses the Lattice AI Core to run computer vision and sensor fusion algorithms at the edge, enabling Ghost to identify, classify, and track objects of interest in low-bandwidth and contested environments with a low radio frequency signature.<br><br>Ghost can fly on local, secure, closed-loop networks; or for distributed operations, on encrypted backhauled networks. These configurations allow the Ghost sUAS to be flown remotely from anywhere in the world, with remote commanders collaboratively viewing live video and data feeds to monitor mission progress.<br><br>https://blog.anduril.com/anduril-introduces-ghost-4-c12d8c783930<br><br> |

| | |
|---|---|
| | <br>https://www.anduril.com/hardware/ghost-autonomous-suas/ |
| the generated control signal being adapted for driving an actuating element affecting roll movements of the airborne object. | Ghost can fly on local, secure, closed-loop networks; or for distributed operations, on encrypted backhauled networks. These configurations allow the Ghost sUAS to be flown remotely from anywhere in the world, with remote commanders collaboratively viewing live video and data feeds to monitor mission progress.<br><br>This swarming capability also enables advanced data collection that would be impossible with a single airframe, distributing synchronized sensors and relaying data across a sky-spanning web.<br><br>https://blog.anduril.com/anduril-introduces-ghost-4-c12d8c783930<br><br> <br>https://www.anduril.com/hardware/ghost-autonomous-suas/ |